IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JOANNE VILLALON, et al  '
     Plaintiff,  '
    '
vs.  '    CIVIL ACTION NO: 1:15-cv-00161
    '
    '
CAMERON COUNTY, TEXAS, et al  '
    Defendants.  '

## PLAINTIFFS' NOTICE OF FILING OF EXPERT REPORTS

Plaintiffs hereby give notice of filing and attach hereto the Expert Reports of the

following experts:

Alfred A. Joshua, MD, MBA, FAAEM
PO. Box 5000 PMB 525
Rancho Santa Fe, CA 92067
619-208-7053

Jeniffer Irvin, RN, BSN
120 Whistler Lane
Hallsville, TX 75650
903-926-7543

Thomas Roney
3333 Lee Parkway, Suite 600
Dallas, Texas. 75219
214-665-9458

Respectfully submitted,


By:    */s/Eddie Lucio*
       Eddie Lucio
       Federal ID No. 22009
       State Bar No. 00791145
       801 E. Van Buren
       Brownsville, Texas 78520
       (956) 546-9400
       (956) 750-8807 Facsimile
       elucio@luciolaw.com
       **ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2017, a true and correct copy of this document has been served on opposing counsel.


*/s/ Eddie Lucio*
Eddie Lucio